AAQ
F.#2002R01264

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    ORDER

   - against -                          02-CR-998 (FB)

JANATHAN ALEXANDER,

              Defendant.

- - - - - - - - - - - - - - - -X

       Upon the application of ROSLYNN R. MAUSKOPF, United

States Attorney for the Eastern District of New York, by

Assistant United States Attorney Alyssa A. Qualls, it is hereby

       ORDERED that the indictment in the above-captioned

matter, Criminal Docket No. 02-998 (FB), be dismissed.

Dated:    Brooklyn, New York
            5/26, 2005


                           THE HONORABLE FREDERIC BLOCK
                           UNITED STATES DISTRICT COURT JUDGE
                           EASTERN DISTRICT OF NEW YORK


DATED ........ 5/26/2005
ROBERT C. HEINEMANN
                    CLERK